JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMIE GENTRY, | ) Case No.: 2:09-cv-03192-R-CW |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| INTERNATIONAL JUDGEMENT SERVICES, LLC, | ) |
| Defendant. | ) |

On December, 7, 2009, Plaintiff, JAMIE GENTRY , presented a Motion for Default Judgment against Defendant, INTERNATIONAL JUDGEMENT SERVICES, LLC (Defendant). Said motion was heard but Defendant did not appear. This court awards judgment in favor of Plaintiff, JAMIE GENTRY, awards $2000 as damages and $400 as attorneys' fees and costs.

**IT IS ORDERED AND ADJUDGED.**

Dated: _Dec. 28, 2009__                   _____
                                          Honorable United States District Judge